No. 24-7000

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 12, 2024
KELLY L. STEPHENS, Clerk

In re: MCP No. 185; FEDERAL )
COMMUNICATIONS COMMISSION, IN THE )
MATTER OF SAFEGUARDING AND )
SECURING THE OPEN INTERNET, )
DECLARATORY RULING, ORDER, REPORT ) O R D E R
AND ORDER, AND ORDER ON )
RECONSIDERATION, FCC 24-52, 89 Fed. Reg. )
45404, Published May 22, 2024. )

Before: SUTTON, Chief Judge; CLAY and DAVIS, Circuit Judges.

Multiple broadband providers have filed a motion to stay the Federal Communications Commisssion's ("FCC") declaratory order *Safeguarding and Securing the Open Internet*, 89 Fed. Reg. 45404 (May 22, 2024). To provide sufficient opportunity to consider the merits of the motion to stay the FCC's order, we conclude that an administrative stay is warranted. *See Brady v. Nat'l Football League*, 638 F.3d 1004, 1005 (8th Cir. 2011) (collecting cases). The FCC's order is hereby temporarily stayed until August 5, 2024. In the interim, the panel would be grateful for supplemental briefs by the parties with respect to the application of stare decisis and *National Cable & Telecom. Ass'n v. Brand X Internet Servs.*, 545 U.S. 967 (2005), to this dispute, filed no later than July 19, 2024.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk